IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 332P16 | Sandra D. Snipes and William J. Snipes v. Britthaven, Inc., Principle Long Term Care, Inc., Spruce LTC Group, LLC d/b/a Richmond Pines Healthcare and Rehabilitation Center, and Fred McQueen, Jr., M.D. | 1. Defs' (Britthaven, Inc., Principle Long Term Care, Inc., and Spruce LTC Group, LLC d/b/a Richmond Pines Healthcare and Rehabilitation Center) Motion for Temporary Stay (COA16-291) | 1. Allowed **09/07/2016** |
| | | 2. Defs' (Britthaven, Inc., et al.) Petition for *Writ of Supersedeas* | 2. |
| | | 3. Defs' (Britthaven, Inc., et al.) Petition for *Writ of Certiorari* to Review Order of COA | 3. |
| 338A95-2 | State v. Keith Antonia Wagner | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 345P16 | State v. Dwayne Demont Haizlip | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-616) | 1. Denied **09/19/2016** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **09/19/2016** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot **09/19/2016** |
| | | | **Ervin, J., recused** |
| 346P16 | Gurney B. Harris v. Southern Commercial Glass, Auto Owners Insurance, and Southeastern Installation, Inc., Cincinnati Insurance Company | 1. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) Motion for Temporary Stay (COA15-1363) | 1. Allowed **09/20/2016** |
| | | 2. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) *Writ of Supersedeas* | 2. |
| | | 3. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) PDR Under N.C.G.S. § 7A-31 | 3. |
| | | 4. Defs' (Southeastern Installation, Inc. and Cincinnati Insurance Company) Motion to Hold PDR in Abeyance | 4. |
| 362P15-2 | State v. Bryant T. Dennings | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Cumberland County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |